Richard K. Gustafson II (Bar No. 193914)
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rkg@legalhelpers.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Irene Moreno-Morales | Case No. 2:10-cv-02297-SJO-JC |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Central Credit Services, Inc. | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with prejudice in 30 days.

                      Respectfully submitted,

                      Legal Helpers, P.C.

                      By: */s/ Richard K. Gustafson*
                      Richard K. Gustafson (Bar # 193914)
                      233 S. Wacker Drive, Suite 5150
                      Chicago, IL 60606
                      Tel: 1.866.339.1156
                      Fax: 1.312.822.1064
                      rkg@legalhelpers.com
                      *Attorney for Plaintiff*

**NOTICE OF SETTLEMENT**          1

**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Central Credit Services, Inc.
c/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833

*/s/ Richard J. Meier*

**NOTICE OF SETTLEMENT**             2