Richard K. Gustafson II (Bar No. 193914)
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rkg@legalhelpers.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Irene Moreno-Morales<br><br>      Plaintiff,<br><br>v.<br><br>Central Credit Services, Inc.<br><br>      Defendant. | Case No. 2:10-cv-02297-SJO-JC<br><br>**NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

          Respectfully submitted,

          Legal Helpers, P.C.

          By: */s/ Richard K. Gustafson*
          Richard K. Gustafson (Bar # 193914)
          233 S. Wacker Drive, Suite 5150
          Chicago, IL 60606
          Tel: 1.866.339.1156
          Fax: 1.312.822.1064
          rkg@legalhelpers.com
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Central Credit Services, Inc.
c/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833

*/s/ Richard J. Meier*